## Atlas Sewer Pipe Co. v. Joseph Stickney and D. S. Bolkcom.

1. VERDICTS—*Sufficiency of—In Replevin.*—Upon issues in replevin, formed by the pleas of *non cepit, non detinet*, and property in a third person, a verdict finding the issues for the defendant is sufficient.

Replevin.—Appeal from the Circuit Court of Cook County; the Hon. CHARLES G. NEELY, Judge, presiding. Heard in this court at the March term, 1897. Affirmed. Opinion filed May 24, 1897.

EDWIN C. CRAWFORD, attorney for appellant.

CHARLES M. WALKER, attorney for appellees.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

This was an action of replevin, resulting from the levy of a distress warrant upon the property afterward replevied.

The issues were formed upon five pleas filed by appellee, viz: *Non cepit, non detinet*, not guilty, property in one Stickney, and property in Chicago Sewer Pipe & Coal Co.

The verdict of the jury was: "We, the jury find the issues for the defendants."

This, appellant urges, was not responsive to the issues.

The verdict was sufficient.

As to the questions of fact, we find no sufficient reason for interfering with the conclusions of the jury or the judgment of the court.

The judgment of the Circuit Court is affirmed.